OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
KAREN D. DOOLEY

CRIMINAL COMPLAINT

FILED
NOV 06 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Case Number: 09- MJ-7246

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about between 4/20/08 and 4/25/08 (Date) in Champaign County, in the Central District of Illinois defendant(s) did,

(Track Statutory Language of Offense)
knowingly and with the intent to defraud, effect transactions with one or more access devices issued to another person or persons, to receive payment or any other thing of value during any one-year period the aggregate value of which is equal to or greater than $1,000,

in violation of Title __18__ United States Code, Section(s) __1029(a)(5)__.

I further state that I am a(n) Special Agent U.S. Secret Service and that this complaint is based on the following facts:
Official Title

-See Attached Affidavit-

Continued on the attached sheet and made a part of this complaint: ☒ Yes / ☐ No

s/ Matthew M. McWilliams
Signature of Complainant

Matthew M. McWilliams
Printed Name of Complainant

Sworn to before me and signed in my presence,

11/6/2009                                              at   Urbana,    Illinois
Date                                                        City                State
                                                            s/ David G. Bernthal

David G. Bernthal          U.S. Magistrate Judge             Signature of Judge
Name of Judge              Title of Judge

## AFFIDAVIT

I, Matthew M. McWilliams, being duly sworn on oath state as follows:

1. I am a Special Agent with the United States Secret Service and have been so employed since June of 1998. I have received training and have experience enforcing federal laws pertaining to the access device/credit card fraud and identity theft/fraud. I have participated in numerous investigations involving fraudulent use of access devices, unauthorized use of access devices and the fraudulent use one's personal identifiers (i.e., identity theft).

2. The statements contained in this affidavit are based in part on my own investigation, as well as on information provided by other law enforcement officers, on information provided by other witnesses, and on my experience and background as a Special Agent with the United States Secret Service. The information contained in this affidavit is not an exhaustive account of everything I know and other agents know about this case.

3. This affidavit is in support of a criminal complaint charging KAREN D. DOOLEY (DOOLEY) with access device fraud in violation of Title 18, United States Code, Section 1029(a)(5).

4. On May 16, 2008, Detective Joseph Johnson, Champaign Police Department, was contacted by Patricia Castor, daughter of Mildred A. Birtcher - a white female with a date of ███████████████. Castor reported that Mrs. Birtcher had been hospitalized at Covenant-Provena Hospital on April 19, 2008. During the time she was in the hospital, someone took one of her credit cards and made several purchases in

Champaign as well as on the internet. The shipping address for the internet purchases was identified as ███████████, Champaign, Illinois. Detective Johnson ran a license plate for a vehicle parked in the driveway of the above address, and it showed the car was registered to Karen Dooley (DOOLEY) and Michael Jefferies (JEFFERIES).

5. DOOLEY had been an employee of Provena Covenant Medical Center since September 2007. DOOLEY was employed as a Transporter for the Center. Her responsibilities included the transporting of patients to any department in the hospital. DOOLEY's employee records verify that she was working on April 19, 2008. An employee at Provena verified that DOOLEY was the only one doing the transporting job the day Mildred Birtcher was admitted to the hospital.

6. According to Mrs. Castor, while Mildred was at the hospital, someone took and fraudulently used one of her credit cards, a Chase MasterCard #███████████ 8459. The fraud went unnoticed until the subsequent billing statement arrived approximately a month later and $5,128.94 in unauthorized charges to the account had been discovered. It was later discovered that another of credit card issued to Mildred Birtcher, a Citi-Choice Rebate Visa Card #███████████-8155, had also been taken and fraudulently used. The Citi-Choice card had been used between April 20, 2008 and April 25, 2008. The total amount charged to this card was $1,865.50. Both of these cards were used via the internet for orders from out-of-state retailers as well as "in person" at local Champaign, Illinois businesses. Some of these stores include: Sears, Home Depot,

Meijer, Wal-Mart, KFC, and several gas stations. Mildred Birtcher did not give permission to anyone to use the cards, nor were the charges authorized.

7.  Internet purchases on the Citi-Choice card included purchases at BestBuy.com and SecondAct.com. On April 19, 2008, an internet order was placed with BestBuy.com from source IP 70.232.5.178, which is the IP address for Provena Health, Joliet, Illinois. A source email address was provided by the customer as: KTPE4@aol.com. The Citi-Choice card belonging to Birtcher was used to purchase a Fuji Film FinePix 8.0 digital camera for $396.56. The camera was sent to a "Margarita Birtcher", at ███████████, Champaign, Illinois. The order was shipped via UPS Next Day originating from 14401 Township Road, Route 212, Findlay Ohio and delivered to the Champaign address on April 22, 2008 at 6:31p.m., and thus affected interstate commerce.

8.  On April 23, 2008, an internet order was placed with SecondAct.com, which is located at 5624 Lincoln Drive, Edna, Minnesota. A Samsung model 4264, 42 inch Plasma television was ordered using the Citi-Choice Visa credit card belonging to Mildred Birtcher. The total amount charged to the Citi-Choice Visa was $949.00. The television was shipped to "Margarita Birtcher" at ███████████ in Champaign. On April 29, 2008, it was shipped via Seko World Wide from Minnesota and delivered to the Hickory Street address, and thus affected interstate commerce.

9.  Champaign Police located surveillance videos from several businesses which identified DOOLEY and JEFFERIES conducting multiple fraudulent transactions

3

utilizing the aforementioned credit cards. Surveillance footage from retailers Wal-Mart and Meijer showed both DOOLEY and JEFFERIES making several purchases with the credit card issued in the name of Mildred Birtcher. The total fraudulent purchases at the retailers were $1,703.33 and $2,131.74, respectively. With regard to the surveillance footage, there are instances where DOOLEY and JEFFERIES are together making fraudulent purchases as well as instances in which each is alone at the check-out register. The total number of fraudulent purchases at each store is fourteen (14) for a total of twenty-eight (28).

10. On July 3, 2008, members of the Champaign Police Department executed a state search warrant at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ During the search of the premises, the officers recovered the Fuji FinePix digital camera that was purchased with Mildred Birtcher's stolen credit card. They also recovered the Samsung Plasma TV that had been purchased using Birtcher's stolen credit card.

11. On April 1, 2009, DOOLEY and JEFFERIES met myself and CPD detectives in reference to this investigation. I advised both of his and her *Miranda* Rights per Secret Service Form (SSF) 1737B. Each acknowledged they understood both verbally and in writing and agreed to answer questions without their counsel present. In sworn, verbal statements before the individuals listed above, each provided the following: DOOLEY admitted to "finding" the wallet of Margaret Birtcher during her work shift at Provena and fraudulently using the aforementioned credit cards for personal purchases. She admitted she and JEFFERIES knowingly used the cards

4

without authorization at Wal-Mart, Home Depot, and Meijer stores in Champaign. She further admitted to using the cards to purchase merchandise and services via the internet (on both her home computer and a computer at Provena Hospital). She indicated the merchandise was delivered to her residence ████████ in Champaign, under fictitious names created by her. She also admitted that KTPE4@aol.com was an email address created and used by her before, during, and after the fraudulent transactions.

12.  JEFFERIES stated he signed for several pieces of merchandise when delivered to their shared residence; however, he was unsure what the merchandise was or what name he signed. JEFFERIES also admitted that he knowingly and fraudulently used the credit cards and further stated he knew he was not authorized to use the cards along with DOOLEY. He stated that he received the cards for use from DOOLEY and also signed names other than his on the subsequent receipts for purchase(s).

Further, affiant sayeth not.

s/ Matthew M. McWilliams
MATTHEW M. MCWILLIAMS
Special Agent, United States Secret Service

Subscribed and sworn to before me this 6th day of November 2009.
s/ David G. Bernthal
DAVID G. BERNTHAL
United States Magistrate Judge

5