UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

DEC - 1 2009

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAREN D. DOOLEY, )<br>and MICHAEL J. JEFFERIES, )<br>)<br>Defendants. ) | Case No. CR09-20088<br><br>IN VIOLATION OF:<br>Title 18, United States Code,<br>Sections 2, 1029, 1028A,<br>1341 & 1349;<br>Title 7, United States Code,<br>Section 2024 (b)(1). |

# INDICTMENT

The GRAND JURY charges:

## COUNT ONE
### (Conspiracy to Commit Access Device Fraud)

### OVERVIEW OF SCHEME

At times material to this indictment:

1. Defendant KAREN D. DOOLEY had been an employee of Provena Covenant Medical Center (Provena) since September 2007. DOOLEY was employed as a Transporter for the Center. Her responsibilities included the transporting of patients to any department in the hospital. Her employment with Provena allowed her access to patients' medical records, personal information and any personal belongings they had with them during their time in Provena.

2. It was part of the scheme that DOOLEY would obtain credit cards from the personal belongings of patients at Provena Covenant Medical Center and without authorization used those fraudulently obtained credit cards to make numerous purchases at retail establishments and via the internet. It was further part of the scheme that MICHAEL J. JEFFERIES used the fraudulently obtained credit cards alone and with DOOLEY, to make purchases at retail establishments.

3. It was further part of the scheme that DOOLEY would order merchandise via the internet using the fraudulently obtained credit cards and caused such merchandise to be delivered to her home address. It was further part of the scheme that JEFFERIES would sign false names in acceptance of such merchandise.

4. It was a further part of the scheme that DOOLEY would use the personal information of patients at Provena, including their name, dates of birth and social security numbers, to apply for credit cards via the internet. It was further part of the scheme that DOOLEY caused a fraudulently obtained credit card to be delivered via the United States Mail.

**Execution of the Scheme**

5. That on April 19, 2008, M.B. was hospitalized at Provena Medical Center and DOOLEY was working as a transporter for Provena that day.

6. From on or about April 20, 2008 to on or about May 10, 2008, DOOLEY and JEFFERIES used a credit card belonging to M.B., that being Chase MasterCard, account number, ####-####-####-8459, for purchases at retail establishments such as

Wal-Mart and Meijer in order to obtain goods and merchandise, without authorization from M.B. Such purchases totaled over $5,000.

7. From on or about April 20, 2008 to on or about May 10, 2008, in Champaign County, in the Central District of Illinois, and elsewhere,

**KAREN D. DOOLEY and
MICHAEL J. JEFFERIES**,

defendants herein, knowingly combined, conspired and agreed with themselves to knowingly, and with intent to defraud, trafficked in and used one or more unauthorized access device, namely a credit card belonging to M.B., that being Chase MasterCard, account number, ####-####-####-8459, during any one year period, and by such conduct obtained anything of value aggregating $1,000 or more during that period, said offense affecting interstate commerce.

In violation of Title 18, United States Code Section 1029(a)(2), and Title 18, United States Code, Section 1029 (b)(2).

## COUNT TWO
## (Aggravated Identity Theft)

1. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 4 of Count One of this Indictment as though fully set forth herein.

2. From on or about April 20, 2008 to on or about May 10, 2008, DOOLEY and JEFFERIES used a credit card belonging to M.B., that being Chase MasterCard, account number, ####-####-####-8459, for purchases at retail establishments such as Wal-Mart and Meijer in order to obtain goods and merchandise, without authorization

from M.B. Such purchases totaled over $5,000.

3. From on or about April 20, 2008 to on or about May 10, 2008, in Champaign County, in the Central District of Illinois, and elsewhere,

**KAREN D. DOOLEY and
MICHAEL J. JEFFERIES,**

defendants herein, aided and abetted by each other, during and in relation to the offense alleged in Count One of this Indictment, knowingly possessed and used, without lawful authority, a means of identification of another person, that being M.B., including her Chase MasterCard account number, ####-####-####-8459.

In violation of Title 18, United States Code, Section 1028A(a)(1) and Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946), (*Pinkerton* liability).

## COUNT THREE
### (Access Device Fraud)

1. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 4 of Count One of this Indictment as though fully set forth herein.

2. From on or about April 20, 2008 to on or about April 25, 2008, DOOLEY used a credit card belonging to M.B., that being Citi-Choice Rebate Visa Card, account number, ####-####-####-8155, for purchases at retail establishments such as Meijer and via the internet, in order to obtain goods and merchandise, without authorization from M.B. Such purchases totaled over $1,800.00.

3.  From on or about April 20, 2008 to on or about April 25, 2008, in Champaign County, in the Central District of Illinois, and elsewhere,

**KAREN D. DOOLEY,**

defendant herein, knowingly, and with intent to defraud, effected transactions with one or more unauthorized access device, issued to another, namely a Citi-Choice Rebate Visa credit card, account number , ####-####-####-8155, belonging to M.B., during any one year period, and by such conduct obtained anything of value aggregating $1,000 or more during that period, said offense affecting interstate commerce.

In violation of Title 18, United States Code, Section 1029 (a)(5).

## COUNT FOUR
### (Aggravated Identity Theft)

1.  The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 4 of Count One of this Indictment as though fully set forth herein.

2.  From on or about April 20, 2008 to on or about April 25, 2008, DOOLEY used a credit card belonging to M.B., that being Citi-Choice Rebate Visa Card, account number, ####-####-####-8155, for purchases at retail establishments such as Meijer and via the internet, in order to obtain goods and merchandise, without authorization from M.B. Such purchases totaled over $1,800.00.

3.	From on or about April 20, 2008 to on or about April 25, 2008, in Champaign County, in the Central District of Illinois, and elsewhere,

**KAREN D. DOOLEY,**

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, that being M.B., including her Citi-Choice Rebate Visa Card account number, ####-####-####-8155, during and in relation to fraud in related activity in connection with access devices as charged in Count Three of this Indictment.

In violation of Title 18, United States Code, Section 1029A(a)(1).

## COUNT FIVE
## (Mail Fraud)

1.	The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 4 of Count One of this Indictment as though fully set forth herein.

2.	On or about September 29, 2007, the defendant applied online for a Capital One credit card using the name "Mary Switzer", including using Switzer's date of birth and social security number. With her application, the defendant submitted an address of _____. Champaign, Illinois.

3.      On or about September 30, 2007, in Champaign County, in the Central District of Illinois, and elsewhere,

**KAREN D. DOOLEY,**

defendant herein, for the purpose of executing the above described scheme and artifice to defraud and attempting to do so, did knowingly cause to be delivered by mail according to the direction thereon a Capital One credit card, number ####-####-####-1879, which credit card was sent in the United States Mail from Capital One addressed to "Mary Switzer" in Champaign, Illinois, delivered by the United States Postal Service, and received by the defendant.

In violation of Title 18, United States Code, Sections 1341 & 1349.

## COUNT SIX
### (Aggravated Identity Theft)

1.      The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 4 of Count One of this Indictment as though fully set forth herein.

2.      On or about September 29, 2007, the defendant applied online for a Capital One credit card using the name "Mary Switzer", including using Switzer's date of birth and social security number. With her application, the defendant submitted an address of _____, Champaign, Illinois.

3. From on or about September 29, 2007 to on or about June 17, 2008, in Champaign County, in the Central District of Illinois, and elsewhere,

**KAREN D. DOOLEY**,

defendant herein, during and relation to Mail Fraud as charged in Count Five of the Indictment, did knowingly possess, without lawful authority, a means of identification of another person, that being the name, date of birth and social security number of Mary Switzer, including her Capital One credit card account number, ####-####-####-1879,

In violation of Title 18, United States Code, Section 1029A(a)(1).

## COUNT SIX
### (Food Stamp Fraud)

The GRAND JURY charges:

On or about September, 2008 to on or about July, 2009, in Champaign County, in the Central District of Illinois, and elsewhere,

**KAREN D. DOOLEY,**

defendant herein, did knowingly use and acquire authorization cards or access devices, of a value of $5,000 or more, in a manner contrary to Chapter 51 of Title 7 of the United States Code and the regulations pursuant to said chapter, in that the defendant provided false and fraudulent information and omitted information on the Application for Food Stamps provided to the State of Illinois, Department of Human Services, to wit: omitted income from Carle Clinic.

In violation of Title 7, United States Code, Section 2024 (b)(1).

A TRUE BILL.
s/ Foreperson

FOREPERSON

s/ Patrick Hansen

JEFFREY B. LANG
Acting United States Attorney
RHC