E-FILED
Friday, 25 February, 2011  03:57:27 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 09-20088-01 |
| ) | |
| **KAREN DOOLEY,** ) | |
| ) | |
| **Defendant.** ) | |

## REPORT AND RECOMMENDATION

On February 18, 2011, Defendant Karen Dooley appeared before the undersigned. At that time, she waived indictment in Case No. 11-20010 now pending in this Court. The undersigned filed a Report and Recommendation (#11) recommending acceptance of the plea and entry of judgment thereon. Assistant United States Attorney Ronda Coleman made an oral motion to dismiss the Indictment herein.

There is substantial similarity between the charges contained in the Indictment and those charged in the Information. There are additional charges contained in the Information that are not reflected in the Indictment. It is the opinion of the undersigned that in light of the guilty plea to the Information, the motion of the United States to dismiss the Indictment herein should be granted.

Accordingly, I recommend that upon the acceptance of the Report and Recommendation (#11) in Case No. 11-20010 and entry of judgment, that the motion of the United States to dismiss the Indictment herein be granted and said Indictment be dismissed.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 25th day of February, 2011.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE